﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/19 Archive Date: 12/30/19

DOCKET NO. 190325-6670
DATE: December 31, 2019

ORDER

The appeal of the issue of entitlement to a disability rating in excess of 30 percent for posttraumatic stress disorder (PTSD) with secondary depression, anxiety, and alcohol abuse is dismissed.

The appeal of the issue of entitlement to a disability rating in excess of 10 percent for degenerative disease of lumbar spine, status post L4-5 fusion, is dismissed.

The appeal of the issue of entitlement to a disability rating in excess of 10 percent for left hip strain associated with degenerative disease of lumbar spine, status post L4-5 fusion, is dismissed.

The appeal of the issue of entitlement to a disability rating in excess of 10 percent for right hip strain with arthritis associated with degenerative disease of lumbar spine, status post L4-5 fusion, is dismissed.

FINDINGS OF FACT

1. An April 18, 2018 rating decision under the Legacy system continued an evaluation of 30 percent for PTSD with secondary depression, anxiety, and alcohol abuse and an evaluation of 10 percent for degenerative disease of lumbar spine, status post L4-5 fusion; and granted service connection for left hip strain with an evaluation of 10 percent effective February 8, 2018 and service connection for right hip strain with arthritis with an evaluation of 10 percent effective February 8, 2018.

2. The Veteran filed a VA Form 10182, Decision Review Request: Board Appeal (Notice of Disagreement), on March 25, 2019.

CONCLUSION OF LAW

The Board lacks jurisdiction to adjudicate the appeals of the issues of entitlement to a disability rating in excess of 30 percent for PTSD with secondary depression, anxiety, and alcohol abuse; a disability rating in excess of 10 percent for degenerative disease of lumbar spine, status post L4-5 fusion; a disability rating in excess of 10 percent for left hip strain associated with degenerative disease of lumbar spine, status post L4-5 fusion; and a disability rating in excess of 10 percent for right hip strain with arthritis associated with degenerative disease of lumbar spine, status post L4-5 fusion. 38 U.S.C. § 7105(a); 38 C.F.R. §§ 3.2400, 19.2(d).

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Veteran served on active duty in the Army from February 1966 to September 1973.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). AMA became effective on February 19, 2019.

In this matter, the AOJ issued a rating decision on April 18, 2018. The Veteran filed a VA Form 10182 on March 25, 2019 requesting evidence submission review. An AMA appeal comes before the Board in one of three ways: 1) an appeal of a RAMP rating decision; 2) an appeal of a rating decision with a notification letter dated on or after February 19, 2019; or 3) an appeal of a statement of the case or supplemental statement of the case issued on or after February 19, 2019. 38 C.F.R. § 19.2(d) (eff. Feb. 19, 2019); 38 C.F.R. § 3.2400.

A review of the record reflects that the Veteran did not opt into RAMP, nor was the April 18, 2018 rating decision a RAMP decision. Neither was the rating decision issued after February 19, 2019. Similarly, an SOC was not issued on or after February 19, 2019. Therefore, the submitted VA Form 10182 cannot be accepted as a valid appeal of the April 18, 2018 rating decision, and the Board lacks jurisdiction to review the matter. As such, the matter is dismissed.

 

 

MARTIN B. PETERS

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. Samuelson, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.